# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

MTD Products Inc.,

CIVIL CASE NO. 1:16-cv-00297

vs.

JUDGE Sara Lioi

The Toro Company and Exmark Manufacturing Company Inc.

## PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 2/9/2016

By: /s/ John S. Cipolla

Attorney for Plaintiff MTD Products

revised 02/2009